UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HENRY HEINIG,

        Petitioner,

   v.

PAT GLEBE,

        Respondent.

Case No. C10-5365BHS/JRC

ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE A TAVERSE

     The underlying petition for a writ of habeas corpus has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4. Petitioner is seeking federal habeas relief, pursuant to 28 U.S.C. § 2254.

     Before the court is Petitioner's motion for an extension of to file a traverse (Dkt. # 11). The motion GRANTED. A traverse must be filed on or before October 22, 2010. The clerk's office is directed to mail a copy of this order to petitioner, remove Dkt. # 11 from the Court's calendar, and note the October 22, 2010, date for consideration of the petition.

     Dated this 21st day of September, 2010.

                                  J. Richard Creatura
                                  United States Magistrate Judge

ORDER - 1