# United States District Court

WESTERN DISTRICT OF WASHINGTON

HENRY HEINIG

v.

PAT GLEBE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5365BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**;

The petition filed under 28 U.S.C. § 2254 is **DENIED** and Petitioner is not entitled to a certificate of appealability for the reasons stated in the Report and Recommendation

| January 6, 2011 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |